# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOEL ISIDORO, INDIVIDUALLY, AND AS THE REPRESENTATIVE OF THE ESTATE OF ROSA AGUILAR, DECEASED** *Plaintiffs* | § § § § § § | |
| **v.** | § | **CIVIL ACTION NO. 4:26-cv-01999** |
| **LYFT, INC.** *Defendants* | § § § | |

## INDEX OF MATTERS BEING FILED

1. Notice of Removal

2. ***Exhibit A*** – Index of Matters Being Filed

3. ***Exhibit B*** – All executed process in this case, including:
    - Plaintiffs' Original Petition
    - Service of Process Records
    - Defendant's Original Answer
    - State Court Docket Sheet

4. ***Exhibit C*** – List of Counsel of Record